**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MISC. NO.:**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Applicant,**

**v.**

**EMPIREX CAPITAL LLC,**
**AKC MANAGEMENT LLC,**
**RAFAEL ALBERTO VARGAS**
**GONZALEZ, a/k/a RAFAEL VARGAS,**
**and**
**PAOLA A. VARGAS,**

      **Respondents.**
_____/

**INDEX TO EXHIBITS AND ATTACHMENTS TO SECURITIES AND EXCHANGE**
**COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE AND FOR AN**
**ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS**

| EXHIBIT/ ATTACHMENT | DESCRIPTION |
| --- | --- |
| 1 | Declaration of Shelly-Ann A. Springer-Charles, SEC Senior Counsel |
| A | 03.24.2021 Formal Order of Investigation |
| B | 01.26.2022 and 08.29.2022 Supplemental Formal Orders of Investigation |
| C | 04.20.2021 Subpoena to Empirex Capital LLC ("Empirex") |
| D | 04.20.2021 Subpoena to Rafael Vargas ("R. Vargas") |
| E | 01.19.2022 Email to counsel and subpoena to R. Vargas c/o counsel |

| EXHIBIT/ ATTACHMENT | DESCRIPTION |
|---|---|
| F | 06.16.2022 email to counsel attaching Second Subpoenas to Empirex and R. Vargas |
| G | 06.22.2022 email to counsel re Empirex and R. Vargas' request extension of deadline to respond to subpoenas |
| H | 07.22.0222 email from counsel re status of subpoena responses |
| I | 07.28.2022 email and letter to counsel re status of subpoena responses |
| J | 08.01.2022 email and letter with attachments from counsel |
| K | 04.11.2022 Subpoena to AKC Management LLC ("AKC") |
| L | 04.26.2022 email with attached letter confirming legal representation of AKC and Paola Vargas ("P. Vargas") |
| M | 04.27.2022 email to counsel re legal representation of AKC and P. Vargas and extension of time for document production by AKC |
| N | 04.29.2022 email to counsel re AKC and P. Vargas' extension requests for production of documents |
| O | 05.10.2022 email to counsel attaching 05.10.2022 subpoena to P. Vargas |
| P | 05.16.22, 05.17.22 and 05.18.22 emails re AKC and P. Vargas |
| Q | 05.17.22 text message screen shot from counsel |
| R | 05.31.2022 email and attachment to counsel |
| S | 06.01.2022 email to counsel re P. Vargas' testimony |
| T | 06.01.2022 email from counsel's paralegal re P. Vargas' subpoena for testimony |
| U | 06.02.2022 email to paralegal and counsel re P. Vargas' subpoena for testimony |
| V | 06.02.2022 email with attachments (1) AKC's objections to subpoena and (2) P. Vargas' Objections to Subpoena |
| W | 07.13.2022 email and preservation letter with attached 04.11.2022 subpoena to AKC |
| 2 | Declaration of Crystal Ivory, SEC Senior Staff Accountant |